FILED
OCT 1 0 2017
U.S. MAGISTRATE JUDGE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE SEARCH WARRANT | ) ) ) ) ) ) ) | CAUSE NO. 1:17-mj-885 |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by M. Kendra Klump, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *M. Kendra Klump*
M. Kendra Klump
Assistant United States Attorney